Mathew K. Higbee, Esq. SBN 241380
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032
(813) 710-3013
(714) 597-6559 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff,*
GREAT BOWERY d/b/a TRUNK ARCHIVE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT BOWERY, INC. d/b/a TRUNK ARCHIVE,<br><br>Plaintiff,<br><br>v.<br><br>MOBILE STYLES APP, INC. and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:25-cv-8065<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, GREAT BOWERY INC. d/b/a TRUNK ARCHIVE alleges as follows:

## JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq*.

2. This Court has subject matter jurisdiction over Plaintiff's claim for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This court has personal jurisdiction over Defendant because Defendant's acts of infringement complained of herein occurred in the state of California, Defendant's acts of infringement were directed towards the state of California, Defendant caused injury to Plaintiff within the state of California, and Defendant has a physical presence in the state of California.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(b)-(d) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

5. Plaintiff Great Bowery, Inc. d/b/a Trunk Archive ("Trunk Archive") is a corporation duly organized and existing under the laws of Delaware with a place of business at 190 Bowery, New York, New York 10012.

6. Defendant Mobile Styles App, Inc. ("Mobile Styles" or "Defendant") is a Delaware corporation with a principal place of business at 2550 N Hollywood Way Unit 502, Burbank, CA 91505.

7. Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes, and on that basis, alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are

ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

8. For the purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of the Defendants named in this caption.

## FACTUAL ALLEGATIONS
*Plaintiff Great Bowery, Inc. d/b/a Trunk Archive and*
*Copyright Holders Inez and Vinoodh*

9. Trunk Archive is a full-service photography licensing agency representing some of the most prominent photographers and iconic images in the world.

10. Trunk Archive's catalogue features imagery from hundreds of prominent artists and designers that are available for license.

11. Some of Trunk Archive's most prominent photographers are Inez van Lamsweerde and Vinoodh Matadin, who are professionally known and credited as Inez and Vinoodh ("Inez and Vinoodh").

12. Inez and Vinoodh is a highly acclaimed photographers specializing in beauty and fashion photography. Inez and Vinoodh are most well known for their high fashion photography, featuring world famous artists, musicians, and actors.

13. Inez and Vinoodh's portfolio includes international clients and their work has been featured in top publications such as *Vogue*, *Harper's Bazaar*, *Vanity Fair*, *V Magazine*, *Porter*, *W Magazine*, and many more. Additionally, they have shot work

for high-end fashion brands such as Dior, Balenciaga, Chanel, Louis Vuitton, Moschino, Saint Laurent, and countless others. They have also photographed portraits of President Barack Obama and various actors, including Jennifer Lawrence, Michael Douglas, Natalie Portman, Daniel Day Lewis, and Tom Cruise.

14. Inez and Vinoodh's livelihoods depend on receiving compensation for the photographs they produce, and the copyright protection afforded to Inez and Vinoodh's work deters would-be infringers from copying and profiting from their work without permission.

15. Inez and Vinoodh are co-authors to an original portrait of musician Rhianna ("Rhianna Photograph").

16. Attached hereto as Exhibit A is a true and correct copy of the Rhianna Photograph.

17. Inez and Vinoodh registered Rhianna Photograph with the United States Copyright Office under Registration Number VA 2-265-981 with an Effective Date of Registration of August 10, 2021.

18. Attached hereto as Exhibit B is a true and correct copy of the Registration Certificate VA 2-265-981

19. Inez and Vinoodh subsequently granted Trunk Archive the exclusive right to license the Rhianna Photograph, which includes the exclusive right to distribute, display, and reproduce the Rhianna Photograph.

### *Defendant Mobile Styles App, Inc.*

20. Defendant Mobile Styles is an app offering scheduling services to cosmetologists of all specialties. *See generally* mobilestyles.com.

21. Defendant is a Delaware corporation with a principal place of business at 2550 N Hollywood Way Unit 502, Burbank, CA 91505.

22. Mobile Styles manages, operates, and controls the Facebook account, "Mobilestyles" www.facebook.com/mobilestylesapp ("Defendant's Facebook Account").

23. Mobile Styles manages, operates, and controls the Facebook account, "@mobilestylesapp" www.instagram.com/mobilestylesapp ("Defendant's Instagram Account").

24. Defendant's Facebook Account and Defendant's Instagram Account shall be referred to jointly as "Defendant's Social Media Accounts."

25. On information and belief, Defendant's Social Media Accounts generate content in order to promote Defendant(s)' products and services, attract social media followers and user traffic to the Defendant's main webpage, and generate profit and revenue for the company and its owner(s).

26. On or about October 14, 2022, Inez and Vinoodh discovered their Rhianna Photograph copied and published on Defendant's Facebook Account with the caption "She's an icon and a legend. Need we say more about Rhianna?! Keep up the beautiful and healthy woman you are by ordering a MOBILESTYLES PRO to your

home, office, or anywhere you need health and beauty services! And get 22% off when you use Promo Code: EMPOWER22!" ("Facebook Infringement").

27. Attached hereto as Exhibit C are true and correct screenshots of Defendant's Facebook Account showing the Facebook Infringement.

28. Also on or about October 14, 2022, Inez and Vinoodh discovered their Rhianna Photograph copied and published on Defendant's Instagram Account with the caption "She's an icon and a legend. Need we say more about Rhianna?! Keep up the beautiful and healthy woman you are by ordering a MOBILESTYLES PRO to your home, office, or anywhere you need health and beauty services! And get 22% off when you use Promo Code: EMPOWER22!" ("Instagram Infringement").

29. Attached hereto as Exhibit D are true and correct screenshots of Defendant's Instagram Account showing the Instagram Infringement.

30. The Facebook Infringement and the Instagram Infringement shall be referred to jointly as the "Infringing Posts."

31. Trunk Archive has never at any point granted Mobile Styles a license or other permission to copy, display, distribute, or otherwise use the Rhianna Photograph in the Infringing Posts on Defendant's Social Media Accounts or elsewhere.

32. Mobile Styles, including it's employees, agents, contractors, or others over whom it has responsibility and control, copied and uploaded the Rhianna Photograph to Defendant's Social Media Accounts without Trunk Archive's consent or authorization.

6
COMPLAINT

33. Soon after discovering the Infringing Posts, Trunk Archive, through counsel, reached out to Defendant to have the Rhianna Photograph removed and to attempt to resolve this matter without court intervention, but the parties were unable to come to an agreement.

34. Trunk Archive has never at any point given Mobile Styles a license or other permission to display, copy, distribute or otherwise use the Rhianna Photograph in the Infringing Posts on Defendant's Social Media Accounts or on any other website or platform.

35. Mobile Styles (including its employees, agents, contractors or others over whom it has responsibility and control) copied and uploaded the Rhianna Photograph to Defendant's Social Media Accounts without Trunk Archive's consent.

36. On information and belief, Defendant's use of the Rhianna Photograph was deliberate and willful because it knew or should have known that it did not purchase a license to use the Rhianna Photograph on Defendant's Social Media Accounts or in any other way.

## CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
## 17 U.S.C. § 101 *et seq*

37. Plaintiff incorporates by reference all the above paragraphs of this Complaint as though fully stated herein.

38. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Rhianna Photograph.

39. Plaintiff is informed and believes and thereon alleges that the Defendant

willfully infringed upon the copyrighted Rhianna Photograph in violation of Title 17 of the U.S. Code, in that they used, published, communicated, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Rhianna Photograph without Plaintiff's consent or authority by using them in the Infringing Posts.

40. As a result of Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages pursuant to 17 U.S.C. § 504(c).

41. As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendant.

42. Plaintiff is also entitled to injunctive relief to prevent or restrain infringement pursuant to 17 U.S.C. § 502.

43. Defendant(s)—including its employees, agents, contractors or others over whom it has responsibility and control copied and uploaded the Rhianna Photograph to Defendant's Social Media Accounts without Trunk Archive's consent or authorization.

44. Mobile Styles (including it's employees, agents, contractors or others over whom it has responsibility and control) willfully uploaded the Rhianna Photograph onto Defendant's Social Media Accounts because Mobile Styles knew it did not have permission to use the Rhianna Photographs.

# PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

- For a finding that Defendant infringed Plaintiff's copyright interest in the Rhianna Photograph by copying, displaying, and distributing it without a license or consent;

- For an award of actual damages and disgorgement of all of profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant pursuant to 17 U.S.C. § 504(c), whichever is larger;

- For an injunction preventing Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502;

- For costs of litigation and reasonable attorney's fees against Defendant pursuant to 17 U.S.C. § 505;

- For pre judgment interest as permitted by law; and

- For any other relief the Court deems just and proper.

| | | |
|---|---|---|
| 1 | Dated: August 26, 2025 | Respectfully submitted, |
| 2 | | **/s/ Mathew K. Higbee** |
| 3 | | Mathew K. Higbee, Esq.<br>Bar No. 24076924 |
| 4 | | **HIGBEE & ASSOCIATES**<br>3110 W Cheyenne Ave Ste 200, |
| 5 | | North Las Vegas, NV 89032<br>(813) 710-3013 |
| 6 | | (714) 597-6559 facsimile<br>*Counsel for Plaintiff* |

## DEMAND FOR JURY TRIAL

Plaintiff Trunk Archive hereby demands a trial by jury in the above matter.

Dated:      August 26, 2025                    Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Bar No. 241380
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032
(813) 710-3013
(714) 597-6559 facsimile
*Counsel for Plaintiff*